# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREME COOPER, | |
|         Plaintiff, | Case No.: 2:09-cv-02042-JCM-PAL |
| vs. | **ORDER** |
| GEICO GENERAL INSURANCE COMPANY | |
|         Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #13) filed January 27, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than June 18, 2010. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., July 13, 2010**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 8th day of July, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE